IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TOMMY CHRIS BARNETT, | * | |
| Petitioner, | * | CASE NO. 3:05-CV-92 WDO |
| | | RULE 60(b)(4) Motion |
| VS. | * | |
| | | CASE NO. 3:92-CR-18 WDO |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | | |

## ORDER DENYING RULE 60(b) MOTION

After full consideration of Petitioner's Rule 60(b)(4) Motion To Void Judgment on Jurisdictional, Structural, and Procedural Error, together with Memorandum, the Report And Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto, Petitioner's Objections are found to be without merit.

WHEREFORE, after full and due deliberation, the Report and Recommendation of the United States Magistrate Judge, that Petitioner's Motion be DENIED, is hereby approved, adopted and made the Order of this Court.

SO ORDERED, this 13th day of December 2005.

WILBUR D. OWENS, JR
UNITED STATES DISTRICT JUDGE