THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | | |
|---|---|---|---|
| **TOMMY CHRIS BARNETT,** | : | | |
| | : | | |
| Petitioner, | : | | |
| | : | | |
| | : | CASE NO. | **3:08-CV-90011 (CAR)** |
| v. | : | | RULE 12(b)(2) Motion |
| | : | | **3:92-CR-18 (WDO)** |
| | : | | |
| **UNITED STATES OF AMERICA,** | : | | |
| | : | | |
| Respondent. | : | | |
| | : | | |

_____

### *ORDER ON REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc.302] that Petitioner's motions [Doc. 298 & 299] be dismissed. Petitioner filed a timely Objection [Doc. 303] thereto. Having carefully considered the matter, the Court accepts and adopts the findings and conclusions of the Magistrate Judge. The Recommendation is thus **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 13th day of March, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr